IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

RODNEY MOORE,

          Plaintiff,

    v.

GREGORY GRAMS, Warden; Capt. RADTKE D.,
DSI Unit Manager; Sgt. MORRISON, DSI 1st
Shift Sgt.; DR. DAWN LANDERS,
Psychological Services Unit; COLUMBIA
CORRECTIONAL INSTITUTION; DEPT.
OF CORRECTIONS; STATE OF WISCONSIN;
LORI ALSUM, HSU; DR. BREEN, Supervisor
Psychological Services; Mr. MORRIS, Unit 2
Manager;

          Defendants.

ORDER

09-cv-448-slc

_____

      Plaintiff Rodney Moore, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has submitted a proposed complaint. He requests leave to proceed <u>in forma pauperis</u>. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Plaintiff's complaint was submitted on July 12, 2009. His trust fund account statement should cover the six-month period beginning approximately January 12, 2009 and ending approximately July 12, 2009. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the

court can screen the merits of his complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff may have until August 7, 2009, in which to submit a trust fund account statement for the period beginning January 12, 2009 and ending July 12, 2009. If, by August 7, 2009, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 17th day of July, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge