IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODNEY C. MOORE,

        Plaintiff,

v.

DAWN LANDERS, DR. BREEN, MR. MORRIS, JANEL NICKEL, LT. LANE, and SGT. DYKSTRA,

        Defendants.

ORDER

09-cv-448-slc

---

Plaintiff has moved for an order requiring the institution to allow him to use $50 from his release account to make copies in his state court case. The use of release account funds is governed by state law. See Wis. Admin. Code § DOC 309.466. According to § 309.466(2), "[r]elease account funds may not be disbursed for any reason until the inmate is released to field supervision, except to purchase adequate clothing for release and for out-of-state release transportation." The only exception is that release funds can used to pay an initial partial filing fee under the 1996 Prison Litigation Reform Act. Because release funds cannot be used for any other reason, IT IS ORDERED that plaintiff's motion for use of release account funds, dkt. 17, is DENIED.

Entered this 5th day of November, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge