IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,

v.

DAWN LANDERS, DR. BREEN, MR. MORRIS, JANEL NICKEL, LT. LANE and SGT. DYKSTRA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-448-wmc

    This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      _9/10/10_____
   Peter Oppeneer, Clerk of Court                Date